## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LaDONNA DELGADO, wife of and<br>RAYMOND "RICH" DELGADO<br><br>    Plaintiffs<br><br>VERSUS<br><br>CENTER ON CHILDREN, INC.,<br>MID-ATLANTIC CHURCH OF THE<br>NAZARENE, WASHINGTON DISTRICT<br>CHURCH OF THE NAZARENE, DONALD<br>"DON" F. ALLISON, KENNETH L. MILLS,<br>AND LAWRENCE A. SCHINDEL<br><br>    Defendants | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*   CIVIL ACTION<br>    NO.:<br><br>    JUDGE<br><br>    MAGISTRATE |

## CONSENT TO REMOVAL

Defendant, Donald F. Allison, hereby consents to the removal of the matter entitled "LaDonna Delgado, et al v. Center on Children, Inc., et al," currently pending in the 22nd Judicial District for the Parish of St. Tammany, State of Louisiana, Docket No. 2010-14207 "A", to this Honorable Court.

Defendant reserves and maintains hi rights to assert any defenses and submit any motions in response to the Petition, including but not limited to those defenses and motions specifically and enumerated in Rule 12(b) of the Federal Rules of Civil Procedure and any other applicable law.


EXHIBIT A

-2-

Respectfully submitted,

*/s/ Donald F. Allison*
**DONALD F. ALLISON**
~~P.O. Box 130~~  10575 Allentown Blvd.
~~Ono, PA 17077~~ Annville PA 17003
~~(717) 865-3511~~
Pillsbury4983@peoplepc.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon the all counsel of record by ECF on August ___, 2010.

*/s/ Donald F. Allison*
**DONALD F. ALLISON**