22nd JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

STATE OF LOUISIANA

NO. 2010-14206                                        DIVISION: A

LaDONNA DELGADO, wife of and
RAYMOND "RICH" DELGADO

VS.

CENTER ON CHILDREN, INC,
MID-ATLANTIC DISTRICT CHURCH OF THE NAZARENE
WASHINGTON DISTRICT CHURCH OF THE NAZARENE,
DONALD "DON" F. ALLISON, KENNETH L. MILLS, and LAWRENCE A. SCHINDEL

FILED: June 26, 2010 _____        _____
                                              DEPUTY CLERK

## PETITION ON NOTE

The petition of LaDonna Delgado, wife of/and Raymond "Rich" Delgado, domiciled in St. Tammany Parish, Louisiana, respectfully represents:

### SECTION I

Made Defendants herein are:

A.   CENTER ON CHILDREN, INC., a foreign corporation domiciled in the State of Maryland, with its principal office located in Bryantown, Charles County, Maryland;

B.   MID-ATLANTIC DISTRICT CHURCH OF THE NAZARENE, a non-profit organization domiciled in the State of Maryland, with its principal office located in Glen Burnie, Anne Arundel County, Maryland;

C.   WASHINGTON DISTRICT CHURCH OF THE NAZARENE, a non-profit organization domiciled in the State of Maryland, with its principal office located in Columbia, Howard County, Maryland;

D.   DONALD "DON" F. ALLISON, a person of the full age of majority and upon information and belief a resident of and domiciled in the State of Maryland.

E.   KENNETH L. MILLS, a person of the full age of majority and upon information and belief was a resident of and domiciled in the State of Maryland.

F.   LAWRENCE A. SCHINDEL, a person of the full age of majority and upon information and belief was a resident of and domiciled in the State of Maryland.

EXHIBIT

D

## SECTION II

The Defendants are indebted, in solido, to the Petitioners in the amount of FORTY-FIVE THOUSAND AND NO/100 ($45,000.00) DOLLARS, together with interest thereon at the rate of EIGHT AND ONE-HALF (8 ½ %) PERCENT compounded annually from the date of the following described notes, until finally paid, and 25% of the principal and interest, as attorney's fees, for the following reasons.

## SECTION III

The Petitioners, LaDonna Delgado, wife of and Raymond "Rich" Delgado, are holders of a promissory note payable to George and Gloria Pillsbury in the principal amount of TWENTY THOUSAND AND NO/100 ($20,000.00) DOLLARS, together with interest thereon at the rate of EIGHT AND ONE-HALF (8 ½ %) PERCENT, compounded annually, and payable forty-eight (48) months from the date of said note. Said note was signed by the lenders, George and Gloria Pillsbury on April 29, 2004, and accepted by the Borrower, Center on Children, Inc., by Donald Allison, President, on May 6, 2004. (Exhibit "A")

The above described Promissory Note was assigned by George and Gloria Pillsbury to LaDonna Delgado, wife of and Raymond "Rich" Delgado on August 21, 2009. (Exhibit "B")

## SECTION IV

The Petitioner, LaDonna Delgado, is the holder of a promissory note payable to LaDonna Delgado in the principal amount of TWENTY-FIVE THOUSAND AND NO/100 ($25,000.00) DOLLARS, together with interest thereon at the rate of EIGHT AND ONE-HALF (8 ½ %) PERCENT compounded annually, and payable forty-eight (48) months from the date of said note. Said note was signed by the lender, LaDonna Delgado on May 18, 2006, and accepted by the Borrower, Center on Children, Inc., by Donald F. Allison, President, on May 12, 2006. (Exhibit "C")

## SECTION V

In a letter of solicitation dated October 10, 2003, written by the defendant Kenneth L. Mills, the District Superintendent of the Mid-Atlantic District Church of the Nazarene and/or Washington District Church of the Nazarene, defendants herein, stated he was one of the directors on the board of directors of Center on Children. As stated by Mr. Mills in that letter, "According to the by-laws, if Center on Children, Inc., were to be dissolved for any reason all assets of Center on Children, Inc. would revert to the Church of the Nazarene. Further, in the event of any default of a loan by one of our local churches or district ministries, it is incumbent upon the District organization to step in and resolve either the debt or subsidize its payments." (Exhibit "D")

## SECTION VI

By letter dated March 25, 2008, and signed by the defendant, Don Allison, President, and Larry Schindel, Secretary, the plaintiffs were advised that the defendant, Center on Children, had ceased operations and they would distribute its assets to the defendant, Mid-Atlantic District (MAD) Church of the Nazarene, so MAD could supervise the assets proper distribution. (Exhibit "E")

## SECTION VII

On May 19, 2009, undersigned counsel sent a demand letter by certified mail to the defendants, Mid-Atlantic District Church of the Nazarene at the attention of Mr. Kenneth L. Mills requesting payment of the above referenced promissory notes. As evidenced by the return receipt that letter was received on May 27, 2009. (Exhibit "F")

## SECTION VIII

The defendant, Kenneth L. Mills, wrote undersigned counsel on June 1, 2009, denying the Church's liability and responsibility for the Center on Children, Inc. and further stating that none of the assets of the Center on Children, Inc., had been transferred to the Mid-Atlantic District Church of the Nazarene. (Exhibit "G")

3

However, in his letter of June 10, 2010, Lawrence A. Schindel wrote announcing the dissolution of Center on Children, Inc. In that letter, Mr. Schindel stated as follows, "Pursuant to the Articles of Incorporation of the Center on Children, Incorporated, Section IX titled 'Dissolution', the assets of the corporation have been 'distributed to the Church of the Nazarene,' Mid-Atlantic District." (Exhibit "H")

### SECTION IX

The notes stipulate that the principal and interest shall be due and payable by Center on Children, Inc. forty-eight months from the date of the respective note.

### SECTION X

The balance on the account represented by Note (Exhibit "A") as of June 6, 2010, was THIRTY-TWO THOUSAND, EIGHT HUNDRED SIXTY AND 47/100 ($32,860.47) DOLLARS, and the balance on the account represented by Note (Exhibit "C") as of June 12, 2010, is THIRTY-FOUR THOUSAND, EIGHT HUNDRED NINETY-ONE AND 88/100 ($34,891.88) DOLLARS, and defendants have failed and refused to make any payments. These balances remain due and unpaid, and interest will continue to accrue until paid, plus 25% of principal and interest as attorney's fees.

WHEREFORE, petitioners pray that due proceedings be had and that a judgment be entered in favor of petitioners, LaDonna Delgado, wife of and Raymond "Rich" Delgado, and against defendants, Center On Children, Inc, Mid-Atlantic District Church Of The Nazarene, Washington District Church Of The Nazarene, Donald "Don" F. Allison, and Kenneth L. Mill, in solido, in the full and true amount of SIXTY-SEVEN THOUSAND, SEVEN HUNDRED FIFTY-TWO AND 35/100 ($67,752.35) DOLLARS, together with interest at the rate of 8 ½ % compounded annually, from date of demand until finally paid, and for attorney's fees in the amount of 25% of principal and interest, and all costs of these proceedings and for all general and equitable relief.

4

Respectfully Submitted,
THE REEVES LAW FIRM
381 Highway 21, Suite 205
Madisonville, LA 70447
PHONE: (985) 845-4320
FAX:    (985) 845-4372

By: _____
J. Todd Reeves, #28412

**PLEASE PREPARE FOR LONG ARM SERVICE:**

Center on Children, Inc.
Through registered agent:
Lawrence A. Schindel
6150 Bryantown Drive
Bryantown, MD 20617

Center on Children, Inc.
Through registered agent:
Lawrence A. Schindel
P.O. Box 681
White Plains, MD 20695

Mid-Atlantic District Church of Nazarene
Through District Superintendent
Kenneth L. Mills
108 Central Ave
Glen Burnie, MD 21061

Washington District Church of the Nazarene
Through District Superintendent
Kenneth L. Mills
6395 Dobbin Road, Suite 204
Columbia, MD 21045

Kenneth L. Mills
108 Central Avenue
Glen Burnie, MD 21061

Donald F. Allison
8510 Fowler Avenue
Baltimore, MD 21234

Lawrence A. Schindel
6150 Bryantown Drive
Bryantown, MD 20617

St Tammany Parish Clerk of Court    Docket#201014206



**Center On Children**
**Corporate Office**
**P. O. Box 130**
**Ono, Pa 17077**

Board of Directors
Rev. Donald Allison
Dr. Kenneth Mills
Larry Schindel
Rev. Kelly Spitler
Rev. Tim Smith
Debbie Stanford
Terry Sweeney

FILED
2010-14206
JUN 25 2010

_____ CLERK
DEPUTY

### Promissory Note

Center On Children, Inc. acknowledges investment of twenty thousand dollars ($20,000) and promises to pay to George and Gloria Pillsbury the principle amount of twenty thousand dollars ($20,000) with interest in the amount of 8 1/2 % compounded annually.

The principle and interest shall be due and payable by Center On Children, Inc. 48 months from the date of this note.

Borrower:

Center On Children, Inc.
Donald Allison, president

Donald Allison                    Date 05/06/04


Lenders

George L. Pillsbury              Date 04-29-04
George Pillsbury

Gloria B. Pillsbury

Gloria Pillsbury

Payment of $20,000 by check # ~~4473~~
                          MASTER CARD
          $5000 - VAYA 35563647
          $5000 - VBMA30035120
          $10,000 - VGNA45700852


Telephone: 717-865-0600          EXHIBIT          FAX: 717-865-0600
admin@centeronchildren.com        "A"            www.centeronchildren.com



**EXHIBIT "B"**

## ASSIGNMENT OF NEGOTIABLE INSTRUMENT-PROMISSORY NOTE

This assignment of Negotiable Instrument-Promissory Note ("Assignment") is made as of this 21 day of August, 2009, by George Pillsbury and Gloria Pillsbury ("Assignors") in favor of Raymond Delgado and LaDonna Delgado ("Assignees").

Assignors are the holders in due course of that certain Promissory Note signed by them on April 29, 2004 and signed by Borrower, Center On Children, Inc.'s then current President, Donald Alliston on May 6, 2004, a copy of which is attached hereto as Exhibit A ("Note");

In consideration of the premises and other good and valuable consideration, the receipt and sufficiency of which are acknowledged, the parties covenant and agree as follows:

Assignors absolutely and unconditionally assign to Assignees all of Assignors' right, title and interest in and to the Note, including but not limited to all principal, interest and fees which Assignors may have been entitled to.

This Assignment has been duly executed and delivered as of the day and year first above written.

_(signature)_
GEORGE PILLSBURY, ASSIGNOR

_(signature)_
GLORIA PILLSBURY, ASSIGNOR

_(signature)_
RICH DELGADO, ASSIGNEE

_(signature)_
LaDONNA DELGADO, ASSIGNEE

*[Name of Assignee]*



FILED
2010-14206
JUN 2 5 2010
Melissa Preston Clerk
DEPUTY

St Tammany Parish Clerk of Court   Docket#201014206



**Center On Children
Corporate Office**
**P. O. Box 177**
**Ono, Pa 17077**

2010-14206A

**FILED**

JUN 2 5 2010

MALISE PRIETO, CLERK
DEPUTY

**Board of Directors**
Rev. Donald Allison
Dr. Kenneth Mills
Larry Schindel
Rev. Kelly Spitler
Rev. Tim Smith
Terry Sweeney
Lisa Ward

## Promissory Note

**00133**

Center On Children, Inc. acknowledges receipt of Twenty-five thousand dollars ($25,000) and promises to pay to La Donna Delgado the principle amount of twenty-five thousand dollars ($25,000) with interest in the amount of 8 1/2 % compounded annually.

This principle and interest shall be due and payable by Center on Children, Inc. forty-eight months from the date of this note.

Borrower:
Center On Children, Inc

_Donald F. Allison_               Date   May 12, 2006
Donald F. Allison, president

Lender:

_LaDonna Delgado_               Date  16 May 2006
LaDonna Delgado

Payment by Check # 985-788-5323

Telephone: 717-865-3611            FAX: 717-865-3611
admin@centeronchildren.com       www.centeronchildren.com

**EXHIBIT**
**"C"**

St Tammany Parish Clerk of Court   Docket#201014206—



# Washington District
## Church of the Nazarene
6395 Dobbin Road, Suite 204 ✧ Columbia, Maryland 21045

410-772-7300 ✧ FAX: 410-772-7333 ✧ E-mail: ds@washnaz.org
KENNETH L. MILLS, District Superintendent

October 10, 2003

**2010-14206** *A*

**FILED**

JUN 2 5 2010

*[signature]*
DEPUTY

Charles and Susan Pillsbury
3101 Steinbeck Drive
Anthem, AZ 85086

Dear Mr. & Mrs. Pillsbury:

*"Grace to you and peace from God our Father and the Lord Jesus Christ."*

This letter is to inform you of the relationship of Center On Children, Inc. and the Washington District Church of the Nazarene.

Center On Children is a ministry under the umbrella of the Washington District.  It is a separate 501 3 (c) non-profit corporation with a board of directors.  According to the by-laws, the board of directors must all be members of the Church of the Nazarene and must be approved by the Washington District Advisory Board.  I serve as one of the directors on that board.

According to the by-laws, if Center On Children, Inc. were to be dissolved for any reason all assets of Center On Children, Inc. would revert to the Church of the Nazarene.

Further, in the event of any default of a loan by one of our local churches or district ministries, it is incumbent upon the District organization to step in and resolve either the debt or subsidize its payments.

In His Service,

*[signature]*

Kenneth L. Mills

**EXHIBIT**
**"D"**

2010-14206 *A*

**FILED**

JUN 2 5 2010

*[signature]*
MARGIE PRIETO, CLERK
DEPUTY

**CENTER ON CHILDREN**
P.O. Box 681
White Plains, MD 20695-0681

**March 25, 2008**

**Dear Friend of Center on Children:**

Center on Children (COC) presents this update to you. Additionally, COC needs to receive some information from you. We wish to update our files with your current address, and phone number -- please return the enclosed form.

The COC has divested itself of all daycare centers. COC had listed for sale the church, parsonage and day care facility at Patterson Park in Baltimore. Only when the selling process is complete can COC hope to fairly and equitably make maximum disbursement of funds to those who are entitled.

We wish to maximize the funds available. However, the Parkville Church of the Nazarene (PCN) has chosen to sue COC. It is our opinion that the legal process will be detrimental to the church as a body, and financially cost COC (and PCN) additional funds—funds that should be distributed to you.

Center on Children directors have chosen to minimize COC's spending on legal expenses and fees. As permitted by the Internal Revenue Code, COC has ceased operations and COC will distribute its assets to the Mid-Atlantic District (MAD) Church of the Nazarene so that MAD can supervise the assets proper distribution.

In HIS Service,

*Don Allison*                          *Larry Schindel*

**Don Allison**                         **Larry Schindel**
**President**                           **Secretary**

*(Informationally, editorially, and critically, COC shares with you the following:*

*(PCN has chosen to not talk directly to COC— PCN has refused to mediate the situation with a Christian-based arbitrator/mediator. PCN has chosen to use a high-powered, high-priced law firm—through 8.19.07 PCN had spent at least $15,000. (Is that wise stewardship? How much more legal expense has been incurred in the last 7 months?) PCN has chosen to file a lawsuit against another church-affiliated organization (is that proper within a church?). Can PCN expect to receive an asset that they did NOT spend any money to buy, and spent very little, if any, money to improve? PCN is, in our opinion, being poor stewards of their finances. Although we believe the suit is without merits, and regardless of the merits of the suit, it is extremely inappropriate for PCN to pursue financial gains (at your expense).*

*Please continue to pray for Center on Children, Mid-Atlantic District, and Parkville Church.*

**EXHIBIT**
**"E"**

2010-14206 A

**FILED**

JUN 2 5 2010

DEPUTY

---

- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X _____   ☐ Agent
                             ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
   JC___                          5/27

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

1. Article Addressed to:

Mid Atlantic District
Church of the Nazarene
Attn: Mr. Kenneth L. Mills
108 Central Ave.
Glen Burnie, MD  21061

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number
   (Transfer from service label)    7008 1140 0001 4427 9152

PS Form 3811, February 2004          Domestic Return Receipt         102595-02-M-1540


EXHIBIT
"F"



J. TODD REEVES
ATTORNEY-AT-LAW
jtodd@jtrlawfirm.com

ELISA C. REEVES
ATTORNEY-AT-LAW
elisa@jtrlawfirm.com

**THE**
**REEVES**
**LAW FIRM**

(985) 845-4320 PHONE
(985) 845-4372 FAX

May 19, 2009

<u>VIA FACSIMILE (443)557-0455, CERTIFIED MAIL and U. S. MAIL</u>
Mid-Atlantic District Church of the Nazarene
Attn: Mr. Kenneth L. Mills
108 Central Ave.
Glen Burnie, MD 21061

      RE:  Center on Children:  Promissory Notes due and owing to Mr. and Mrs.
      George Pillsbury and to Mrs. LaDonna Delgado;
      **Past Due Amounts together equaling:  $45,000.00 plus interest**

Dear Mr. Mills:

    Please be advised that our firm has been retained by Mr. and Mrs. Pillsbury and their
daughter, Mrs. Delgado to collect on monies due to them by the Mid-Atlantic District Church of
the Nazarene(previously known as the Washington District Church of Nazarene) and the
successor in interest of Center On Children, Inc.("COC") and thereby liable in solido for any and
all debts incurred by COC.  Per the terms and conditions in the two Promissory Notes[1] both
Notes are past due with a balance together amounting to $45,000.00 in principal with interest
accruing at 8 ½ % compounded annually.

    I have reviewed your response to my clients, Mr. and Mrs. Pillsbury's previous request
for payment and find it insulting that you, as the District Superintendent of Mid-Atlantic District
Church of the Nazarene and once a Director of the failed COC are now trying to evade the
obligations and promises made by the Church and COC to this elderly couple and their daughter.
I do not believe that the other members of the Church of the Nazarene and its Global Ministry
Center would approve of the way you are handling this matter for your District and it would be
"highly regrettable" if your District does not follow through with payment to my clients for the
monies due and owing to them.

    Before continuing with a collection action my clients wish to afford your District every
opportunity to clear up this matter amicably.  If payment in full or suitable arrangements for
liquidation of this indebtedness to my clients can be made within twenty (20) days of the date of
this correspondence, the filing of a lawsuit may be avoided.  If, however, payment in full or
suitable arrangements are not made within twenty (20) days of the date of this letter, we will
have no other choice but to protect our clients' interest by taking legal action to collect the above

---

[1] Attached hereto and made a part hereof

May 19, 2009
Page 2

debt against you for tortious interference of contract, your District and the Church of the Nazarene Global Ministry who are liable in solido for debts due and owing to our clients.

## NOTICE PURSUANT TO THE FAIR DEBT
## COLLECTION PRACTICES ACT

This is an attempt to collect a debt, and any information obtained will be used for that purpose. The name of the creditors and holders of the attached Promissory Notes are George Pillsbury, Gloria Pillsbury and LaDonna Delgado.

Please give this matter your highest priority and contact my office immediately to avoid further collection action of these debts.

This correspondence is being sent via certified and via first class mail in the event that the certified mail is refused, unclaimed, and/or undelivered for any reason. Refusal to accept the certified mailing will not delay the filing of suit against you, the Mid-Atlantic District Church of the Nazarene, the COC and Church of the Nazarene Global Ministry Center.

You will receive no further notice prior to the filing of suit.

With kind regards, I am,

Sincerely,

J. Todd Reeves

JTR/cfs
Enclosures
cc: Clients, J.K. Warrick(General Superintendent)

# Mid-Atlantic District Church of the Nazarene

### 108 Central Avenue - Glen Burnie, MD 21061
### (443) 557- 0450 & Fax (443) 557- 0455
### www.manaz.org



**Kenneth L. Mills**
District Superintendent
dsken@comcast.net

**Terry S. Sowden**
Assistant District Superintendent
tsowden@juno.com

**Kenneth R. Balch**
Missional Ministries Director
kenbalch@juno.com

**Beth T. Wells**
District Treasurer
btwoffice@aol.com

June 1, 2009

2010-14206A

**FILED**

J. Todd Reeves
The Reeves Law Firm
381 Highway 21, Suite 205
Madisonville, Louisiana 70447

JUN 2 5 2010

MAXIE PRIETO CLERK
DEPUTY

Dear Mr. Reeves,

I have received your letter to me dated May 19, 2009.

As I advised Mr. and Mrs. Pillsbury in my recent letter to them, Center on Children, Inc. is an independent corporation, entirely separate from the Washington District Church of the Nazarene. The director of Center on Children, Donald Alison, ran Center on Children and made all decisions about its affairs. Neither I nor any other officer of The Washington District Church of the Nazarene interfered with Mr. Alison's direction of Center on Children. The Washington District Church of the Nazarene was and is a completely separate organization. I regret that you find it "insulting" that these two organizations are separate and that Washington District Church is not legally liable for the debts of Center on Children, Inc.

I note your assertion that the Church made promises to Mr. and Mrs. George Pillsbury as well as to their daughter, Mrs. LaDonna Delgado. I invite you to provide me with some basis for this claim.

Finally, I want to respond to your statement that the Mid-Atlantic District Church of the Nazarene is the "successor in interest of Center on Children, Inc." This is incorrect. To be best of my knowledge, Center on Children, Inc. remains an active corporation and has assets; its corporate existence has not terminated. Furthermore, I can affirmatively state that none of the assets of Center on Children, Inc. has been transferred to the Mid-Atlantic District Church of the Nazarene. Any rumors to the contrary are unfounded.

Very truly yours,

Kenneth L. Mills

**EXHIBIT
"G"**

**CENTER ON CHILDREN, INC.**
**P. O. Box 681**
**White Plains, Maryland 20695**

2 0 1 0 - 1 4 2 0 6 A

**FILED**

JUN 2 5 2010

DEPUTY

June 10, 2010

Dear Creditor:

    Pursuant to the Maryland State Department of Assessments and Taxation rules and regulations this is the "notice of approved dissolution" which is required to be sent to you to inform you that Center on Children, Incorporated is dissolved.

    Pursuant to the Articles of Incorporation for the Center on Children, Incorporated, Section IX titled "Dissolution", the assets of the corporation have been "distributed to the Church of the Nazarene," Mid-Atlantic District.

In HIS Service,

Lawrence A. Schindel
Resident Agent

**EXHIBIT**
**"H"**

22nd JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

STATE OF LOUISIANA

NO.    2 0 1 0 - 1 4 2 0 6                              DIVISION: A

LaDONNA DELGADO, wife of and
RAYMOND "RICH" DELGADO

VS.

CENTER ON CHILDREN, INC,
MID-ATLANTIC DISTRICT CHURCH OF THE NAZARENE
WASHINGTON DISTRICT CHURCH OF THE NAZARENE,
DONALD "DON" F. ALLISON, KENNETH L. MILLS, and LAWRENCE A. SCHINDEL

FILED: _June 26. 2010_        _Connie Hernaio_
                                                    DEPUTY CLERK

**VERIFICATION**

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

Before me, the undersigned Notary Public, personally came and appeared

LaDonna Delgado, whose mailing address is 1220 Mountain Ash Drive, Slidell, Louisiana

70458, and who, first being duly sworn, deposed and said that the allegations of fact

contained in the foregoing Petition on Note are true and correct.

Sworn to and subscribed before me at Madisonville, Louisiana, on this _17th_ day

of June, 2010.

_LaDonna Delgado_
LaDonna Delgado

_J. Todd Reeves_
J. Todd Reeves (#28412)
Notary Public

July 7, 2010

J. Todd Reeves
Attorney at Law
381 Hwy 21, Ste. 205
Madisonville, LA 70447

RE:   LADONNA DELGADO, ET AL
      VS.#2010-14206 A
      CENTER ON CHILDREN, INC., ET AL

Dear Counsel:

Enclosed please find the Citation and copy together with a certified copy of the Petition, that are to be served on the following person(s) through the Long Arm Statute:

CENTER ON CHILDREN, INC. (2 SERVICES)
MID-ATLANTIC DISTRICT CHURCH OF NAZARENE
WASHINGTON DISTRICT CHURCH OF THE NAZARENE
KENNETH L. MILLS
DONALD F. ALLISON
LAWRENCE A. SCHINDEL

After service has been made, please file with our office the proper proof of service.

Sincerely,

Connie Gennaro
Deputy Clerk

LADONNA DELGADO, ET AL

Versus

CENTER ON CHILDREN, INC., ET AL

No.   2010-14206 A

## 22nd Judicial District Court
## Parish of St. Tammany
## Louisiana

TO THE DEFENDANT   DONALD F. ALLISON, 8510 FOWLER AVENUE, BALTIMORE, MD 21234

VIA LOUISIANA LONG ARM STATUTE

You are hereby summoned to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22nd Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within thirty (30) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable the Judges of said Court this   25TH   day of   JUNE   A.D. 20   10

*Malise Prieto*, CLERK OF COURT

BY:   S/CONNIE GENNARO

DEPUTY CLERK OF COURT

ISSUED:7/7/10

Attorney   J. TODD REEVES   PO1

381 HWY 21, STE. 205

MADISONVILLE, LA 70447

Received on _____ , 20 _____ , and on the _____ day of _____ , 20 _____ ,

I served a true copy of the within _____ ,

on _____ in person,

at domicile with _____

in _____ Parish, a distance of _____ miles from

the Court House.

_____
Deputy Sheriff

Parish of _____

K-101

101-30.wpd

LADONNA DELGADO, ET AL          No.    2010-14206 A

                                **22nd Judicial District Court**

                Versus          **Parish of St. Tammany**

                                **Louisiana**

CENTER ON CHILDREN, INC., ET AL

TO THE DEFENDANT      WASHINGTON DISTRICT CHURCH OF THE NAZARENE THROUGH DISTRICT

SUPERINTENDENT, KENNETH L. MILLS, 6395 DOBBIN ROAD, SUITE 204, COLUMBIA, MD 21045

VIA LOUISIANA LONG ARM STATUTE

You are hereby summoned to comply with the demand contained in the petition of which a true and correct copy (exclusive of
exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22nd Judicial District
Court in and for the Parish of St. Tammany, State of Louisiana, within thirty (30) days after the service hereof, under penalty of
default judgment against you.

Witness the Honorable the Judges of said Court this   25TH   day of   JUNE                A.D. 20   10

                        *Malise Prieto*, CLERK OF COURT

                BY:   S/CONNIE GENNARO

                                                        **DEPUTY CLERK OF COURT**

ISSUED:7/7/10

Attorney    J. TODD REEVES      PO1

381 HWY 21, STE. 205

MADISONVILLE, LA 70447

Received on _____ , 20 _____ , and on the _____ day of _____ , 20 _____ ,

I served a true copy of the within _____ ,

on _____ in person,

at domicile with _____

in _____ Parish, a distance of _____ miles from

the Court House.

_____
                                **Deputy Sheriff**

                Parish of _____

LADONNA DELGADO, ET AL

No.   2010-14206 A

**22nd Judicial District Court**

**Parish of St. Tammany**

**Louisiana**

Versus

CENTER ON CHILDREN, INC., ET AL

TO THE DEFENDANT   KENNETH L. MILLS, 108 CENTRAL AVE., GLEN BURNIE, MD 21061

VIA LOUISIANA LONG ARM STATUTE

You are hereby summoned to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22nd Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within thirty (30) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable the Judges of said Court this   25TH   day of   JUNE   A.D. 20   10

*Malise Prieto*, CLERK OF COURT

BY:   S/CONNIE GENNARO

DEPUTY CLERK OF COURT

ISSUED: 7/7/10

Attorney   J. TODD REEVES   PO1

381 HWY 21, STE. 205

MADISONVILLE, LA 70447

Received on _____, 20 _____, and on the _____ day of _____, 20 _____,

I served a true copy of the within _____,

on _____ in person,

at domicile with _____

in _____ Parish, a distance of _____ miles from

the Court House.

_____
Deputy Sheriff

Parish of _____

K-101

101-30.wpd

LADONNA DELGADO, ET AL

No.   2010-14206 A

Versus

**22nd Judicial District Court**

**Parish of St. Tammany**

**Louisiana**

CENTER ON CHILDREN, INC., ET AL

TO THE DEFENDANT      CENTER ON CHILDREN, INC. THROUGH REGISTERED AGENT, LAWRENCE A.

SCHINDEL ,P. O. BOX 681, WHITE PLAINS, MD 20695

VIA LOUISIANA LONG ARM STATUTE

You are hereby summoned to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22nd Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within thirty (30) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable the Judges of said Court this      25TH      day of      JUNE                    A.D. 20   10

*Malise Prieto*, CLERK OF COURT

BY:      S/CONNIE GENNARO

DEPUTY CLERK OF COURT

ISSUED:7/7/10

Attorney      J. TODD REEVES      PO1

381 HWY 21, STE. 205

MADISONVILLE, LA 70447

Received on _____ , 20 _____ , and on the _____ day of _____ , 20 _____ ,

I  served  a  true  copy  of  the  within _____ ,

on _____ in person,

at domicile with _____

in _____ Parish, a distance of _____ miles from

the Court House.

_____
Deputy Sheriff

Parish of _____



LADONNA DELGADO, ET AL                    No.    2010-14206 A

                                          **22nd Judicial District Court**

Versus                                    **Parish of St. Tammany**

                                          **Louisiana**

CENTER ON CHILDREN, INC., ET AL

TO THE DEFENDANT       MID-ATLANTIC DISTRICT CHURCH OF NAZARENE THROUGH DISTRICT

SUPERINTENDENT, KENNETH L. MILLS, 108 CENTRAL AVE., GLEN BURNIE, MD 21061

VIA LOUISIANA LONG ARM STATUTE

You are hereby summoned to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22nd Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within thirty (30) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable the Judges of said Court this      25TH     day of     JUNE                 A.D. 20    10

                    *Malise Prieto*, CLERK OF COURT

              BY:     S/CONNIE GENNARO

                                                            **DEPUTY CLERK OF COURT**

ISSUED:7/7/10

Attorney     J. TODD REEVES       PO1

381 HWY 21, STE. 205

MADISONVILLE, LA 70447

Received on _____ , 20 _____ , and on the _____ day of _____ , 20 _____ ,

I served a true copy of the within _____ ,

on _____ in person,

at domicile with _____

in _____ Parish, a distance of _____ miles from

the Court House.

                            _____
                                    **Deputy Sheriff**

              Parish of     _____

LADONNA DELGADO, ET AL

No.   2010-14206 A

**22nd Judicial District Court**

**Parish of St. Tammany**

Versus

**Louisiana**

CENTER ON CHILDREN, INC., ET AL

TO THE DEFENDANT   LAWRENCE A. SCHINDEL, 6150 BRYANTOWN DRIVE , BRYANTOWN, MD 20617

VIA LOUISIANA LONG ARM STATUTE

You are hereby summoned to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22nd Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within thirty (30) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable the Judges of said Court this   25TH   day of   JUNE   A.D. 20   10

*Malise Prieto*, CLERK OF COURT

BY:   S/CONNIE GENNARO

DEPUTY CLERK OF COURT

ISSUED:7/7/10

Attorney   J. TODD REEVES   PO1

381 HWY 21, STE. 205

MADISONVILLE, LA 70447

Received on _____, 20 _____, and on the _____ day of _____, 20 _____,

I served a true copy of the within _____,

on _____ in person,

at domicile with _____

in _____ Parish, a distance of _____ miles from

the Court House.

_____

Deputy Sheriff

Parish of _____

K-101

101-30.wpd

LADONNA DELGADO, ET AL

_____

No.   2010-14206 A

**22nd Judicial District Court**

Versus

**Parish of St. Tammany**

**Louisiana**

_____

CENTER ON CHILDREN, INC., ET AL

_____

TO THE DEFENDANT    CENTER ON CHILDREN, INC. THROUGH REGISTERED AGENT, LAWRENCE A.

SCHINDEL, 6150 BRYANTOWN DRIVE, BRYANTOWN, MD 20617

VIA LOUISIANA LONG ARM STATUTE

You are hereby summoned to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22nd Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within thirty (30) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable the Judges of said Court this    25TH    day of    JUNE                          A.D. 20    10

*Malise Prieto*, CLERK OF COURT

BY:    S/CONNIE GENNARO
_____

**DEPUTY CLERK OF COURT**

ISSUED:7/7/10

Attorney     J. TODD REEVES     PO1

381 HWY 21, STE. 205

MADISONVILLE, LA 70447

Received on _____, 20 _____, and on the _____ day of _____, 20 _____,

I served a true copy of the within _____,

on _____ in person,

at domicile with _____

in _____ Parish, a distance of _____ miles from

the Court House.

_____

Deputy Sheriff

Parish of _____

$2010\text{-}14206$

# THE REEVES LAW FIRM

J. TODD REEVES
ATTORNEY-AT-LAW
jtodd@jtrlawfirm.com

ELISA C. REEVES
ATTORNEY-AT-LAW
elisa@jtrlawfirm.com

(985) 845-4320 PHONE
(985) 845-4372 FAX

July 28, 2010

## FILED

JUL 3 0 2010

MALISE PRIETO  CLERK

DEPUTY

Malise Prieto
St. Tammany Parish Clerk of Court
P.O. Box 1090
Covington, Louisiana 70434

Attention: Civil Filing

RE:   *LaDonna Delgado, wife of/and Raymond "Rich" Delgado*
      *Vs. Center On Children, Inc., Et Al*
      *No. 2010-14206, Div "A" 22nd Judicial District Court for the*
      *Parish of St. Tammany, State of Louisiana*

Dear Ms. Prieto:

    Enclosed please find an original and one copy of five (5) Affidavits of Service, which we respectfully request be filed into the captioned matter. Kindly return a date stamped copy to me in the envelope provided.

    Pursuant to our telephone conversation today with your office, it is my understanding there are enough funds on the docket to cover the costs involved herewith.

    Thank you for your usual courtesies.

    With kindest regards, I remain

Sincerely,

*J. Todd Reeves /cfs*

J. Todd Reeves

JTR/cfs
Enclosures
Cc: Clients

ARBOR WALK PROFESSIONAL CENTER • 381 HIGHWAY 21, SUITE 205 • MADISONVILLE, LA 70447

22nd JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

STATE OF LOUISIANA

NO. 2010-14206                                                    DIVISION: "A"

LaDONNA DELGADO, wife of and
RAYMOND "RICH" DELGADO

VS.

CENTER ON CHILDREN, INC,
MID-ATLANTIC DISTRICT CHURCH OF THE NAZARENE
WASHINGTON DISTRICT CHURCH OF THE NAZARENE,
DONALD "DON" F. ALLISON, KENNETH L. MILLS, and LAWRENCE A. SCHINDEL

FILED: _July 30, 2010_                    _Sally M Savage_
                                              DEPUTY CLERK

**AFFIDAVIT OF SERVICE**

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

BEFORE ME, the undersigned Notary Public, personally came and appeared

CARLA F. SHARP

who, after being duly sworn, deposed and stated that on July 12, 2010, she served a

citation and certified copy of the Petition for Damages in this action under the

Louisiana Long Arm Statute, by mailing same to the defendant, LAWRENCE A.

SCHINDEL, 6150 Bryantown Drive, Bryantown, MD., by certified mail, return receipt

requested, properly addressed and postage prepaid; that on July 19, 2010, the

citation and petition were delivered and received by defendant; and that she

received the postal receipt attached hereto, indicating that same had been delivered

to the defendant.

_Carla F Sharp_
CARLA F. SHARP

Sworn to and subscribed before me
this 28th day of July, 2010.

_Todd Reeves_
J. TODD REEVES (#28412)
NOTARY PUBLIC
J. Todd Reeves
St. Tammany Parish, Louisiana
Attorney-Notary Public
La. State Bar Roll No. 28412
Statewide - State of Louisiana
My commission is issued for life.

EXHIBIT
D

LADONNA DELGADO, ET AL

Versus

CENTER ON CHILDREN, INC., ET AL

No.   2010-14206 A

## 22nd Judicial District Court
## Parish of St. Tammany
## Louisiana

TO THE DEFENDANT     LAWRENCE A. SCHINDEL, 6150 BRYANTOWN DRIVE , BRYANTOWN, MD 20617

VIA LOUISIANA LONG ARM STATUTE

You are hereby summoned to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22nd Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within thirty (30) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable the Judges of said Court this     25TH     day of     JUNE          A.D. 20   10

*Malise Prieto*, CLERK OF COURT

BY:   S/CONNIE GENNARO

DEPUTY CLERK OF COURT

ISSUED: 7/7/10

FILED

Attorney     J. TODD REEVES     PO1

381 HWY 21, STE. 205

MADISONVILLE, LA 70447

JUL 3 0 2010

MALISE PRIETO, CLERK

DEPUTY

Received

I served

on

at domicil

in

the Court

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lawrence A. Schindel
6150 Bryantown Drive
Bryantown, MD 20617

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery
7-19-70

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

, 20 _____ ,

in person,

miles from

2. Article Number
   (Transfer from service label)     7008 1140 0001 4427 8605

K-101     PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540     101-30.wpd

22nd JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

STATE OF LOUISIANA

NO. 2010-14206                                                    DIVISION: "A"

LaDONNA DELGADO, wife of and
RAYMOND "RICH" DELGADO

VS.

CENTER ON CHILDREN, INC,
MID-ATLANTIC DISTRICT CHURCH OF THE NAZARENE
WASHINGTON DISTRICT CHURCH OF THE NAZARENE,
DONALD "DON" F. ALLISON, KENNETH L. MILLS, and LAWRENCE A. SCHINDEL

FILED: _July 30, 2010_          _Sallin Savage_
                                        DEPUTY CLERK

**AFFIDAVIT OF SERVICE**

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

BEFORE ME, the undersigned Notary Public, personally came and appeared

**CARLA F. SHARP**

who, after being duly sworn, deposed and stated that on July 12, 2010, she served a citation and certified copy of the Petition for Damages in this action under the Louisiana Long Arm Statute, by mailing same to the defendant, **CENTER ON CHILDREN, INC.**, 6150 Bryantown Drive, Bryantown, MD., through its Registered Agent, Lawrence A. Schindel, by certified mail, return receipt requested, properly addressed and postage prepaid; that on July 19, 2010, the citation and petition were delivered and received by defendant; and that she received the postal receipt attached hereto, indicating that same had been delivered to the defendant.

_Carla F Sharp_
CARLA F. SHARP

Sworn to and subscribed before me
this 28th day of July, 2010.

_Todd Reeves_
J. TODD REEVES (#28412)
NOTARY PUBLIC

J. Todd Reeves
St. Tammany Parish, Louisiana
Attorney-Notary Public
La. State Bar Roll No. 28412
Statewide - State of Louisiana
My commission is issued for life.

597

LADONNA DELGADO, ET AL

No.   2010-14206 A

**22nd Judicial District Court**

**Parish of St. Tammany**

**Louisiana**

Versus

CENTER ON CHILDREN, INC., ET AL

TO THE DEFENDANT   CENTER ON CHILDREN, INC. THROUGH REGISTERED AGENT, LAWRENCE A.

SCHINDEL, 6150 BRYANTOWN DRIVE, BRYANTOWN, MD 20617

VIA LOUISIANA LONG ARM STATUTE

You are hereby summoned to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22nd Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within thirty (30) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable the Judges of said Court this   25TH   day of   JUNE   A.D. 20   10

*Malise Prieto*, CLERK OF COURT

BY:   S/CONNIE GENNARO

**DEPUTY CLERK OF COURT**

ISSUED:7/7/10

**FILED**

| Attorney | J. TODD REEVES | PO1 |
| --- | --- | --- |

381 HWY 21, STE. 205

MADISONVILLE, LA 70447

JUL 3 0 2010

MALISE PRIETO, CLERK

DEPUTY

Received on

I served a

on

at domicile

in

the Court H

in person,

miles from

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   **Center on Children, Inc.
   Through Registered Agent
   - Lawrence A. Schindel
   6150 Bryantown Drive
   Bryantown, MD  20617**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____   ☐ Agent
                 ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Lawrence A Schindel

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number   7008 1140 0001 4427 8612

K-101    PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540    101-30.wpd

22nd JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

STATE OF LOUISIANA

NO. 2010-14206                                                    DIVISION: "A"

LaDONNA DELGADO, wife of and
RAYMOND "RICH" DELGADO

VS.

CENTER ON CHILDREN, INC,
MID-ATLANTIC DISTRICT CHURCH OF THE NAZARENE
WASHINGTON DISTRICT CHURCH OF THE NAZARENE,
DONALD "DON" F. ALLISON, KENNETH L. MILLS, and LAWRENCE A. SCHINDEL

FILED: _Jully 30, 2010_                    _Sally M. Savage_
                                              DEPUTY CLERK

## AFFIDAVIT OF SERVICE

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

       BEFORE ME, the undersigned Notary Public, personally came and appeared

CARLA F. SHARP

who, after being duly sworn, deposed and stated that on July 12, 2010, she served a

citation and certified copy of the Petition for Damages in this action under the

Louisiana Long Arm Statute, by mailing same to the defendant, **MID-ATLANTIC**

**DISTRICT CHURCH OF NAZARENE**, 108 Central Avenue, Glen Burnie, MD, through its

Superintendent, Kenneth L. Mills, by certified mail, return receipt requested,

properly addressed and postage prepaid; that on July 15, 2010, the citation and

petition were delivered and received by defendant; and that she received the postal

receipt attached hereto, indicating that same had been delivered to the defendant.

                                              _Carla F Sharp_
                                              CARLA F. SHARP

Sworn to and subscribed before me
this 28?¹ day of July, 2010.

_Jdd Rev_
J. TODD REEVES (#28412)
NOTARY PUBLIC

J. Todd Reeves
St. Tammany Parish, Louisiana
Attorney-Notary Public
La. State Bar Roll No. 28412
Statewide - State of Louisiana
My commission is issued for life.

$5^{q7}$

LADONNA DELGADO, ET AL                   No.    2010-14206 A

## 22nd Judicial District Court

## Parish of St. Tammany
Versus

## Louisiana

CENTER ON CHILDREN, INC., ET AL

TO THE DEFENDANT    MID-ATLANTIC DISTRICT CHURCH OF NAZARENE THROUGH DISTRICT

SUPERINTENDENT, KENNETH L. MILLS, 108 CENTRAL AVE., GLEN BURNIE, MD 21061

VIA LOUISIANA LONG ARM STATUTE

You are hereby summoned to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22nd Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within thirty (30) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable the Judges of said Court this    25TH    day of    JUNE    A.D. 20    10

*Malise Prieto*, CLERK OF COURT

BY:    S/CONNIE GENNARO        *Connie Gennaro*

DEPUTY CLERK OF COURT

ISSUED:7/7/10                                                          FILED

| Attorney | J. TODD REEVES | PO1 |
|---|---|---|

381 HWY 21, STE. 205

MADISONVILLE, LA 70447

JUL 3 0 2010

MALISE PRIETO - CLERK
DEPUTY

Received

I served

on

at domicil

in

the Court

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    **Mid-Atlantic District
    Church of Nazarene
    Through Superintendent
    Kenneth L. Mills
    108 Central Avenue
    Glen Burnie, MD 21061**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  □ Agent
                   □ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
   Guthn Kirkly   7-15-10

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:  □ No

3. Service Type
   □ Certified Mail   □ Express Mail
   □ Registered       □ Return Receipt for Merchandise
   □ Insured Mail     □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article
   (Transf   7008 1140 0001 4427 8582

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

in person,

miles from

20

K-101                                                                101-30.wpd    6

22ⁿᵈ JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

STATE OF LOUISIANA

NO. 2010-14206                                          DIVISION: "A"

LaDONNA DELGADO, wife of and
RAYMOND "RICH" DELGADO

VS.

CENTER ON CHILDREN, INC,
MID-ATLANTIC DISTRICT CHURCH OF THE NAZARENE
WASHINGTON DISTRICT CHURCH OF THE NAZARENE,
DONALD "DON" F. ALLISON, KENNETH L. MILLS, and LAWRENCE A. SCHINDEL

FILED: _July 30, 2010_           _Sally M Savage_
                                          DEPUTY CLERK

**AFFIDAVIT OF SERVICE**

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

BEFORE ME, the undersigned Notary Public, personally came and appeared

CARLA F. SHARP

who, after being duly sworn, deposed and stated that on July 12, 2010, she served a

citation and certified copy of the Petition for Damages in this action under the

Louisiana Long Arm Statute, by mailing same to the defendant, **CENTER ON**

**CHILDREN, INC.**, P.O. Box 681, White Plains, MD., through its Registered Agent,

Lawrence A. Schindel, by certified mail, return receipt requested, properly addressed

and postage prepaid; that on July 20, 2010, the citation and petition were delivered

and received by defendant; and that she received the postal receipt attached hereto,

indicating that same had been delivered to the defendant.

_Carla F Sharp_
CARLA F. SHARP

Sworn to and subscribed before me
this 20ᵗʰ day of July, 2010:

_J. Todd - Reeves_
J. TODD REEVES (#28412)
NOTARY PUBLIC
J. Todd Reeves
St. Tammany Parish, Louisiana
Attorney-Notary Public
La. State Bar Roll No. 28412
Statewide - State of Louisiana
My commission is issued for life.

591

LADONNA DELGADO, ET AL                          No.    2010-14206 A

                                                ## 22nd Judicial District Court

                        Versus                  ## Parish of St. Tammany

                                                ## Louisiana

CENTER ON CHILDREN, INC., ET AL

TO THE DEFENDANT     CENTER ON CHILDREN, INC. THROUGH REGISTERED AGENT, LAWRENCE A.

SCHINDEL ,P. O. BOX 681, WHITE PLAINS, MD 20695

VIA LOUISIANA LONG ARM STATUTE

You are hereby summoned to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22nd Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within thirty (30) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable the Judges of said Court this   25TH   day of   JUNE                A.D. 20   10

                                        *Malise Prieto*, CLERK OF COURT

                              BY:    S/CONNIE GENNARO

                                                        DEPUTY CLERK OF COURT

ISSUED:7/7/10                                                        **FILED**

| Attorney | J. TODD REEVES | PO1 |

381 HWY 21, STE. 205                                        JUL 3 0 2010

MADISONVILLE, LA 70447                                    MALISE PRIETO - CLER
                                                                    DEPUTY

Received on ____

I served a tr____

on ____

at domicile w____

in ____                                                    miles from

the Court Ho____



            Center on Children, Inc.
            Through Registered Agent
            Lawrence A. Schindel
            P.O. Box 681
            White Plains, MD 20695

2.    7008 1140 0001 4427 8599

K-101      PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540      101-30.wpd

22nd JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

STATE OF LOUISIANA

NO. 2010-14206                                                      DIVISION: "A"

LaDONNA DELGADO, wife of and
RAYMOND "RICH" DELGADO

VS.

CENTER ON CHILDREN, INC,
MID-ATLANTIC DISTRICT CHURCH OF THE NAZARENE
WASHINGTON DISTRICT CHURCH OF THE NAZARENE,
DONALD "DON" F. ALLISON, KENNETH L. MILLS, and LAWRENCE A. SCHINDEL

FILED: _July 30, 2010_                    _Sally M Savage_
                                               DEPUTY CLERK

## AFFIDAVIT OF SERVICE

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

BEFORE ME, the undersigned Notary Public, personally came and appeared

CARLA F. SHARP

who, after being duly sworn, deposed and stated that on July 12, 2010, she served a
citation and certified copy of the Petition for Damages in this action under the
Louisiana Long Arm Statute, by mailing same to the defendant, KENNETH L. MILLS,
108 Central Avenue, Glen Burnie, MD., by certified mail, return receipt requested,
properly addressed and postage prepaid; that on July 15, 2010, the citation and
petition were delivered and received by defendant; and that she received the postal
receipt attached hereto, indicating that same had been delivered to the defendant.

_Carla F Sharp_
CARLA F. SHARP

Sworn to and subscribed before me
this 28 day of July, 2010.

_J. Todd Reeves_
J. TODD REEVES (#28412)
NOTARY PUBLIC

J. Todd Reeves
St. Tammany Parish, Louisiana
Attorney-Notary Public
La. State Bar Roll No. 28412
Statewide - State of Louisiana
My commission is issued for life.

St Tammany Parish Clerk of Court   Docket#201014206

LADONNA DELGADO, ET AL

No.   2010-14206 A

**22nd Judicial District Court**

**Parish of St. Tammany**

**Louisiana**

Versus

CENTER ON CHILDREN, INC., ET AL

TO THE DEFENDANT    KENNETH L. MILLS, 108 CENTRAL AVE., GLEN BURNIE, MD 21061

VIA LOUISIANA LONG ARM STATUTE

You are hereby summoned to comply with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 22nd Judicial District Court in and for the Parish of St. Tammany, State of Louisiana, within thirty (30) days after the service hereof, under penalty of default judgment against you.

Witness the Honorable the Judges of said Court this   25TH   day of   JUNE   A.D. 20   10

*Malise Prieto*, CLERK OF COURT

BY:   S/CONNIE GENNARO

FILED

DEPUTY CLERK OF COURT

ISSUED:7/7/10

JUL 3 0 2010

| Attorney | J. TODD REEVES | PO1 |
| --- | --- | --- |

381 HWY 21, STE. 205

MADISONVILLE, LA 70447

MALISE PRIETO - CLERK

DEPUTY

Received

I served

on

at domicile

in

the Court

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kenneth L. Mills
108 Central Avenue
Glen Burnie, MD 21061

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☑ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Gaydon Kirby   7-15-D

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from   7008 1140 0001 4427 8575

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

K-101   101-30.wpd

20

in person,

miles from