UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LADONNA DELGADO ET AL.**                                    CIVIL ACTION

VERSUS                                                        NO. 10-2753

**CENTER ON CHILDREN, INC. ET AL.**                          SECTION H(2)


<u>JUDGMENT</u>

    For reasons issued July 13, 2012 and filed herein,

    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED**  that plaintiffs' claims are time

barred under federal and state securities law. This matter is hereby DISMISSED WITH

PREJUDICE.

    New Orleans, Louisiana, this 13th day of July, 2012.


JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE